AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| RICARDO CUEVAS-CARRILLO | CASE NUMBER: 08CR2042-LAB |

I, RICARDO CUEVAS-CARRILLO, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6·19·08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Ricardo Cuevas Carrillo
Defendant

Kurt David Hermansen
Counsel for Defendant

Before _____
       Judicial Officer